# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JENNIFER GAJEWSKI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA N.A.,<br><br>　　　　　　　Defendant. | Case No. 17-CV-601-JPS<br><br><br>**ORDER** |

　　　　On July 5, 2017, Plaintiff filed a letter indicating that the parties have resolved this matter and are in the process of drafting settlement documents. (Docket #7). Plaintiff requests forty-five days to complete this process and to file a notice or stipulation of dismissal of this action. *Id.* The Court will grant Plaintiff's request and directs the parties to file a notice or joint stipulation of dismissal no later than August 18, 2017, or the Court will dismiss the action for failure to prosecute. *See* Civ. L. R. 41(c).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties shall file a notice or joint stipulation of dismissal of this action on or before **August 18, 2017**.

　　　　Dated at Milwaukee, Wisconsin, this 7th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge